796 A.2d 965

COMMONWEALTH of Pennsylvania, Respondent,

v.

Christopher BAUMGARDNER, Petitioner.

Supreme Court of Pennsylvania.

Feb. 15, 2002.

Reargument Denied May 6, 2002.

## *ORDER*

PER CURIAM.

AND NOW, this 15th day of February, 2002, the Petition for Allowance of 'Appeal is granted. The Superior Court Order dated January 23, 2001 is reversed based on our decision in *Commonwealth v. Gleason*, 785 A.2d 983 (Pa.2001).

Mr. Justice SAYLOR dissents.